HARBORGATE PROP. OWNERS ASS'N v.
    MOUNTAIN LAKE SHORES DEV. CORP.

    No. 520A01

    Case below: 145 N.C. App. 290

    Petition by petitioner for discretionary review pursuant to G.S. 7A-31 denied 3 October 2002. Petition by respondents, New Harborgate Corporation and Bluebird Corportion, for discretionary review pursuant to G.S. 7A-31 denied 3 October 2002. Motion by petitioner to have issue treated as N.C.App. R. 15(d) request rather than Rule 14(a) Appeal of right denied 3 October 2002. Motion by respondents, New Harborgate Corporation and Bluebird Corporation, to dismiss appeal allowed 3 October 2002.

HARLLEE v. HARLLEE

    No. 378P02

    Case below: 151 N.C. App. 40

    Petition by plaintiff for discretionary review pursuant to G.S. 7 A-31 withdrawn 5 September 2002. Motion by plaintiff to be allowed to withdraw petition for discretionary review allowed 5 September 2002.

HARRELL v. HAWLEY

    No. 104PA02

    Case below: 148 N.C. App. 214

    Joint motion to withdraw appeal allowed 10 September 2002.

HILL v. HILL

    No. 688P01

    Case below: 147 N.C. App. 313

    Motion by defendants (Garford Hill, Jewell Hill, Barbara Garrison and William Garrison) to dismiss appeal for lack of substantial constitutional question allowed 3 October 2002. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 October 2002. Motion by plaintiff for summary remand denied 3 October 2002. Motion by plaintiff not to remove Hon. Mark D. Martin denied 3 October 2002.